UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LISA PIAZZA, JOSEPH BORDEN, and RICHARD YUNKER, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 19-cv-11697-ADB |
| SANTANDER CONSUMER USA INC. and JMAC DISTRIBUTION LLC, | * * * | |
| Defendants. | * | |

## **SCHEDULING ORDER**

BURROUGHS, D.J.

      This Scheduling Order is intended to provide a reasonable timetable for discovery in order to help ensure a fair and just resolution of this matter without undue expense or delay. Following a status conference on May 20, 2020, with the agreement of the parties and pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

      1.      Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be served by <u>June 15, 2020</u>.

      2.      All motions to join parties or amend pleadings shall be served by <u>September 14, 2020</u>.

      3.      Initial discovery regarding class certification shall be completed by <u>July 8, 2020</u>.

      4.      Any oppositions to the pending motion for class certification shall be filed by <u>July 22, 2020</u>.

      5.      All fact discovery, including non-expert depositions, shall be completed by <u>February 1, 2021</u>.

2

6.      The parties shall appear for a status conference before the Court on <u>February 3, 2021 at 10:00 a.m.</u> in Courtroom 17 or by telephone.  At that time, the Court will set a deadline for expert discovery and the filing of dispositive motions, if needed, and will set a date for trial.

**SO ORDERED.**

May 20, 2020                                                     <u>/s/ Allison D. Burroughs</u>
                                                                                   ALLISON D. BURROUGHS
                                                                                   U.S. DISTRICT JUDGE