UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LISA PIAZZA, JOSEPH BORDEN, and RICHARD YUNKER, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 1:19-CV-11697-ADB |
| SANTANDER CONSUMER USA INC., and JMAC DISTRIBUTION LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' CONSENT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs Lisa Piazza, Joseph Borden, and Richard Yunker respectfully move the Court for an order preliminarily approving the parties' Class Action Settlement Agreement, certification of a settlement class, and approval of Plaintiffs' proposed Class Notice. In support thereof, Plaintiffs submit the accompanying memorandum.

WHEREFORE, Plaintiffs request that the Court enter an order:

1. Preliminarily approving the Class Action Settlement Agreement attached as

    Exhibit 1;

2. Preliminarily certifying the following class for purposes of settlement:

    a. Settlement Class: All Accounts with respect to which Santander sent a notice identical and/or substantially similar to the presale notices attached as Exhibit A to the Amended Complaint [Dkt. 46] (a "Contested Pre-Sale Notice") at any time during the Class Period and sold leased, licensed or otherwise disposed of the vehicle referred to in such notice pursuant to such Contested Pre-Sale Notice, and/or sent a notice identical and/or substantially similar to the post-sale notice attached as Exhibit B to the Amended Complaint, on or after July 22, 2016; excluding: (i) any Account that includes within the applicable RISC (as defined in Section 1), a provision requiring the parties to submit to binding non-class arbitration in

      lieu of participation in litigation upon the election of either party, and (ii) any Account that is subject to a judgment or a release agreement in favor of Santander;

3. Approving the form and issuance of the Class Notice, attached as <u>Exhibit 2</u>; and

4. Entering the preliminary approval order attached as <u>Exhibit 3</u>.

      Respectfully submitted,

      LISA PIAZZA, JOSEPH BORDEN, and RICHARD YUNKER,

      By their attorneys,

      */s/ Nicholas F. Ortiz*

      Nicholas F. Ortiz (BBO # 655135)
      Raven Moeslinger (BBO # 687956)
      Law Office of Nicholas F. Ortiz, P.C.
      50 Congress Street, Suite 540
      Boston, MA 02109
      (617) 338-9400
      nfo@mass-legal.com

## CERTIFICATE OF SERVICE

I, Raven Moeslinger, hereby certify that today I caused to be served the within on counsel for the defendant via ECF service.

      */s/ Raven Moeslinger*

      Raven Moeslinger