UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA PIAZZA, JOSEPH BORDEN, and RICHARD YUNKER, <br><br> Plaintiffs, <br><br> v. <br><br> SANTANDER CONSUMER USA INC. and JMAC DISTRIBUTION LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:19-cv-11697-ADB |

**ORDER GRANTING PRELIMINARY APPROVAL OF
CLASS ACTION SETTLEMENT**

This matter came before the Court by Plaintiffs Lisa Piazza, Joseph Borden, and Richard Yunker's ("Plaintiffs") Motion for Preliminary Approval of Class Action Settlement (the "Motion"). Having reviewed the Motion and documents submitted in support of the Motion, including the Class Action Settlement Agreement between Plaintiffs and Defendant Santander Consumer USA Inc. ("Santander") dated June 25, 2021 with exhibits (the "Settlement Agreement"), and having reviewed the record in the above-captioned matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.  The Settlement Agreement is hereby incorporated by reference in this Order as if fully set forth herein. Capitalized terms in this Order shall, unless otherwise defined herein, have the meanings ascribed to them in the Settlement Agreement.

2.  Pursuant to Fed. R. Civ. P. 23, the terms of the Settlement Agreement, attached to the Motion as Exhibit 1, and the Settlement provided for therein, are preliminarily approved as

(a) fair, reasonable, and adequate in light of the relevant factual, legal, practical and procedural considerations of the Lawsuit, (b) free of collusion to the detriment of Class Members, and (c) within the range of possible final judicial approval, subject to further consideration thereof at the Final Approval Hearing to be scheduled as provided herein. Accordingly, the Settlement Agreement and the Settlement are sufficient to warrant notice thereof, as set forth below, and a full hearing on, the Settlement.

3. For purposes of the Settlement, the Court hereby conditionally certifies the following class for purposes of settlement (the "Settlement Class"):

> All Accounts with respect to which Santander sent a notice identical and/or substantially similar to the presale notices attached as Exhibit A to the Amended Complaint [Dkt. 46] (a "Contested Pre-Sale Notice") at any time during the Class Period and sold leased, licensed or otherwise disposed of the vehicle referred to in such notice pursuant to such Contested Pre-Sale Notice, and/or sent a notice identical and/or substantially similar to the post-sale notice attached as Exhibit B to the Amended Complaint, on or after July 22, 2016; excluding: (i) any Account that includes within the applicable RISC (as defined in Section 1 of the Settlement Agreement), a provision requiring the parties to submit to binding non-class arbitration in lieu of participation in litigation upon the election of either party, and (ii) any Account that is subject to a judgment or a release agreement in favor of Santander.

All persons within the Settlement Class shall be bound by this Order.

4. The Court conditionally certifies the Settlement Class because, as set forth in the Motion, the requirements of Rule 23(a) and 23(b) have been met

5. For settlement purposes only, and after considering the relevant factors in Fed. R. Civ. P. 23 and subject to further consideration at the Final Approval Hearing, Plaintiffs Lisa Piazza and Richard Yunker are conditionally designated as the Class Representatives, and Class Counsel is conditionally appointed as counsel for the Settlement Class. The law firm and attorney conditionally representing the Settlement Class are:

>Nicholas F. Ortiz
>Law Office of Nicholas F. Ortiz, P.C.
>50 Congress Street, Suite 540
>Boston, Massachusetts 02109

6. No later than fifteen (15) days after the date and entry of this Order, Santander shall provide the Class List to Class Counsel and the Settlement Administrator, together with the writing described in paragraph 5.3 of the Settlement Agreement.

7. The Settlement Notice, in the form and substance attached to the Settlement Agreement as Exhibit B is hereby approved and accepted. Within ten (10) business days of receiving the Class List, and pursuant to the procedures detailed in the Settlement Agreement, under the direction of Class Counsel, the Settlement Administrator shall mail the Settlement Notice by first class U.S. mail to all individuals listed on the Class List. Before sending the Settlement Notice, Class Counsel shall fill-in all applicable dates and deadlines in the Class Notice to conform with the dates and deadlines specified for such events in this Order and the Settlement Agreement. Class Counsel, with consent of Santander Counsel, may format the Class Notice in a reasonable manner before mailing to minimize mailing or administration costs.

8. If any Class Notice mailed pursuant to the Settlement Agreement is returned by the United States Postal Service for lack of a current correct address the Settlement Administrator shall use the Accurint (or similar) database to attempt to locate an updated address for those individuals, and the Settlement Notice will be re-sent to any subsequently obtained addresses. Class Counsel and the Settlement Administrator shall have no further obligation to locate Settlement Class Members.

9. The Court finds that the Settlement Agreement's plan for notice to the Settlement Class is the best notice practicable under the circumstances and satisfies the requirements of due process and Fed. R. Civ. P. 23. The class notice plan set forth in the Settlement Agreement is

approved and accepted. This Court further finds that the Class Notice complies with Fed. R. Civ. P. 23 and is appropriate as part of the notice plan and the Settlement, and thus it is hereby approved and adopted. This Court further finds that no other notice other than that identified in the Settlement Agreement is reasonably necessary.

10. Any Class Member who wishes to be excluded from the Settlement Class and not be bound by the Settlement Agreement must complete and mail a request for exclusion (an "Opt-Out") to the Settlement Administrator at the address set forth in the Settlement Notice, postmarked no later than thirty (30) days from the initial mailings of Class Notice. For an Opt-Out to be valid, it must: (i) set forth the Preliminary Settlement Class Member's full name, current address and telephone number; (ii) contain the signatures of each person obligated on the RISC (for certainty, if the RISC has two co-obligors, both obligors must sign the notice of intention to be excluded; otherwise both shall be Settlement Class Members and both bound by the terms of the release provided by any Final Approval Order); and (iii) state the intent of all signatories not to participate in the Settlement.  No Preliminary Settlement Class Member, or any person acting on behalf of or in concert or participation with that Settlement Class Member, may exclude any other Preliminary Settlement Class Member.  No person may exercise any exclusion rights of any other person, and in no event shall members of the Settlement Class who purport to opt out of the Settlement as a group, aggregate, collective or class involving more than one Account be considered a successful or valid opt-out; any such purported opt-out shall be void. Any Preliminary Settlement Class Member who fails to timely and validly opt out of the Settlement Class in the manner described in this Order and the Settlement Agreement shall be bound by the terms of the Settlement and any Final Approval Order this Court may issue. Further, any person within the Settlement Class who opts out will be deemed to have waived all rights and benefits under the Settlement, and will not have standing to object to the Settlement.

11. Within five (5) days of the expiration of the opt-out period set forth in the preceding paragraph, the Settlement Administrator shall prepare a list of the persons who have complied with the requirements for opt-out and exclusion from the Settlement and shall serve such list and copies of such persons' exclusion documents upon Class Counsel and Santander's Counsel. Class Counsel may contact such persons to confirm the persons' intention to be excluded from the benefits and terms of the Settlement and shall promptly inform Santander's counsel of the results of those communications. At least five days prior to any hearing on the Final Approval Order, and in any event before requesting approval of the Final Approval Order, Class Counsel shall file a list of persons properly electing to be excluded from this Settlement with the Court and serve such filing and list upon Santander's Counsel at the same time.

12. At least five days before the Final Approval Hearing, Class Counsel shall file a proposed final order, which proposed order shall be in the form attached to the Settlement Agreement with such changes that Santander may have approved.

13. A hearing (the "Final Approval Hearing") shall be held before this Court at **12:00 p.m. on November 17, 2021**, at the United States District Court for the District of Massachusetts at 1 Courthouse Way, Boston, MA 02210, to determine: (i) whether the proposed Settlement should be finally approved as fair, reasonable and adequate; (ii) whether the Settlement Class should be finally certified; (iii) whether Class Members should be bound by the Release set forth in the Settlement Agreement; (iv) whether Class Members should be subject to a permanent injunction that, among other things, bars Class Members from filing, commencing, prosecuting, intervening in, or participating in (as class members or otherwise) any lawsuit, claim, demand or proceeding in any jurisdiction that is based on or related to, directly or indirectly, matters within the scope of the Release; (v) what amounts should be awarded to the Class Representatives for their service as such, if any; (vi) what amount of attorneys' fees and

costs to be awarded to Class Counsel, if any; (vii) whether judgment approving the Settlement and dismissing the Litigation on the merits and with prejudice against the Class Representatives, the Plaintiffs and the Settlement Class Members should be entered; and (viii) such other matters that may properly come before this Court in connection with the foregoing. The Final Approval Hearing may, from time to time and without further notice to the Settlement Class Members (except those who filed timely and valid objections), may be postponed, continued or adjourned by order of the Court.

14. Class Counsel's application for an award of fees and expenses, with any supporting materials that Class Counsel deems appropriate, shall be filed at least 5 days before the Final Approval Hearing.

15. The Objection Deadline is **October 18, 2021** [thirty days before the scheduled date of the Final Approval Hearing]. Any objections by any Preliminary Settlement Class Member or any other person to: (i) the certification of the Settlement Class and the proposed Settlement, and/or (ii) the entry of the Final Approval Order, and/or (iii) any other aspect of the Settlement, shall be heard and any papers submitted in support of such objections shall be considered by the Court at the Final Approval Hearing if and only if, on or before the Objection Deadline, such objector files a written objection ("Objection") to the Settlement. To be valid, each Objection must be timely filed (as judged by the filing deadline set forth above), and must state: the basis for and an explanation of the objection; and the name, address, and telephone number of the Settlement Class Member making the objection. In addition, any objection must be personally signed by the Settlement Class Member and, if represented by counsel, by counsel. Objections that are untimely and/or otherwise invalid shall not be considered by this Court unless the Court orders otherwise. Any objector shall serve copies of his/her Objection all supporting papers upon counsel for the Parties identified in the Notice so that such papers are actually received by counsel by the Objection Deadline.  Class Counsel and Santander Counsel may file

any response to any Objections within twenty days after the Objection Deadline.

16.	All other events contemplated by the Settlement Agreement to occur after this Order and before the Final Approval Hearing, and all aspects of settlement administration during that time, and all matters related to Court consideration of the Settlement, shall be governed by the Settlement Agreement, to the extent not inconsistent herewith.

17.	All proceedings in the Lawsuit, other than such as may be necessary to carry out the terms and conditions of the Settlement Agreement or the responsibilities related or incidental thereto, are stayed and suspended until further order of this Court.

18.	Neither the Settlement nor the Settlement Agreement constitutes an admission, concession, or indication by the Parties of the validity of any claims or defenses in the Lawsuit or of any wrongdoing, liability, or violation of law by Santander.

19.	At or after the Final Approval Hearing, the Court may approve the Settlement with such modifications, if any, as may be agreed to by Class Counsel and Santander Counsel and without future notice to Class Members.

IT IS SO ORDERED, on this, the 4th day of August, 2021.

_____
HONORABLE ALLISON D. BURROUGHS
UNITED STATES DISTRICT COURT JUDGE