UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LISA PIAZZA, JOSEPH BORDEN, and RICHARD YUNKER, )<br><br>Plaintiffs, )<br><br>v. )<br><br>SANTANDER CONSUMER USA INC., and JMAC DISTRIBUTION LLC, )<br><br>Defendants. ) | C.A. No. 1:19-CV-11697-ADB |

**PLAINTIFFS' CONSENT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES AND COSTS AND INCENTIVE AWARD**

Plaintiffs Lisa Piazza, Joseph Borden, and Richard Yunker respectfully move this Court for final approval of the Settlement Agreement filed with the Court on this date, entered into between the parties, and Plaintiffs' application for attorneys' fees and costs and an incentive award. The Settlement Agreement is attached as Exhibit 1. In support of the motion, Plaintiffs refer the Court to the memorandum of law submitted herewith. A proposed form of Order is attached as Exhibit 3.

WHEREFORE, Plaintiffs requests on or after December 15, 2021, the Court:

1. Grant this motion and enter the Order Approving Class Action Settlement attached as Exhibit 3;

2. Dismiss this case with prejudice; and

3. Grant any other relief the Court deems just.

1

Respectfully submitted,

LISA PIAZZA, JOSEPH BORDEN, and RICHARD YUNKER,

By their attorneys,

*/s/ Nicholas F. Ortiz*

Nicholas F. Ortiz (BBO # 655135)
Raven Moeslinger (BBO # 687956)
Law Office of Nicholas F. Ortiz, P.C.
50 Congress Street, Suite 540
Boston, MA 02109
(617) 338-9400
nfo@mass-legal.com

Dated: November 12, 2021

## CERTIFICATE OF SERVICE

I, Raven Moeslinger, hereby certify that today I caused to be served the within on counsel for the defendant via ECF service.

*/s/ Raven Moeslinger*

Raven Moeslinger